Certificate Number: 05781-PAE-DE-041536480

Bankruptcy Case Number: 26-13000

05781-PAE-DE-041536480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2026, at 6:23 o'clock AM PDT, Gary Allan Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President